UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEALED WARRANT,<br><br>Defendant. | Case No.<br><br>**ORDER UNSEALING ORDER RE APPLICATION FOR SEARCH WARRANT** |

On August 16, 2019, the Court issued an order under seal explaining the Court's decision regarding an application for a search warrant directed, in part, to the compulsory application of biometric features to electronic devices. The Court is informed that the U.S. Attorney's Office does not object to the public filing of that order. Accordingly, the Court directs the Clerk of Court to issue a case number and docket the order as a matter of public record. The brief of the United States (previously filed publicly in *In the Matter of the Search of a Residence in Oakland, California*, No. 4:19-MJ-70053-KAW, Dkt. No. 2 (N.D. Cal. Jan. 23, 2019)) and the letter from the Federal Public Defender referred to in the Court's order shall also be filed publicly in the same matter.

The search warrant application and all attachments thereto shall remain under seal.

**IT IS SO ORDERED.**

Dated: August 26, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge